Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY WHITE, | Case No. |
| Plaintiff, | 5:23-cv-00652-FMO-SHK |
| vs. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| TRANS UNION LLC, et al. | |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety. Each party shall bear their own costs and attorney fees.

///

Respectfully submitted this 13th Day of July, 2023,

Law Offices of Todd M. Friedman P.C

By: _s/ Todd M. Friedman
Todd M. Friedman ESQ.
Attorney for Plaintiff

Quilling, Selander, Lownds,
Winslett & Moser, P.C

By: /s/ Ritika Singh
Ritika Singh

Attorney for Defendant

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: July 13, 2023

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

Filed electronically on July 13, 2023 with:

United States District Court CM/ECF system

Notification sent electronically on July 13, 2023 to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman, Esq<br>Todd M. Friedman